UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 JUN -8 P 1:28

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 1:22-cr-71-LEW |
| v. | ) |
| | ) 18 U.S.C. § 1951(a) |
| MICHAEL FORTIN | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Interference with Commerce by Robbery)

On about February 11, 2021, in the District of Maine, defendant

**MICHAEL FORTIN**

obstructed, delayed, and affected commerce and the movement of articles in commerce, by robbery. Specifically, the defendant took personal property, namely, controlled substances that belonged to the Walgreens Pharmacy located at 210 Main Street, Waterville, Maine. Walgreens Pharmacy was a business that was engaged in interstate commerce and that affects interstate commerce. The defendant took the controlled substances from Walgreens Pharmacy employees against their will by using threatened force, violence, and fear of immediate and future injury to the employees.

In violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

Assistant U.S. Attorney
Date: 6/8/2022